UNITED STATES BANKRUPTCY COURT
For the District of Colorado

In Re:  Chapter 13

JOHN EDWARD SAFFER

Case No. 20-11982-JGR

_____

**OBJECTION TO CONFIRMATION OF PLAN**
_____

COMES NOW THE TIMBERS HOMEOWNERS ASSOCIATION I, INC. ("Association" or "Creditor"), through the undersigned counsel, and respectfully objects to the Chapter 13 Plan filed by debtor in this case. In support of this objection Creditor states as follows:

1. The Association is a secured creditor of the debtor based on the existence of the recorded Amended and Restated Declaration of Covenants, Conditions and Restrictions for The Timbers recorded on 4/15/15 at Reception #D5036758 (the "Declaration") and a recorded Notice of Lien in accordance with the parties' contract and §38-33.3-316, C.R.S.

2. Debtor filed a Chapter 13 Plan on 3/17/2020 (Doc. #1).

3. The Debtor's Plan does not comply with the provisions of Chapter 13, Title 11 of the United States Bankruptcy Code, for the reasons stated below.

4. Debtor's Plan lists the amount owed to the Association as $1,500.00 under section 6.2 with 0% interest.

5. The Association was owed $2,263.00 on the date of filing the Petition. The Association is filing a Proof of Claim contemporaneously herewith in that amount. The Association's governing documents provide for interest of 6% per annum on the above debt.

6. Pursuant to 11 U.S.C. 1325(a)(1), only plans that comply with the applicable provisions of the Bankruptcy Code may be confirmed. *United Student Aid Funds, Inc. v. Espinosa*, 130 S.Ct. 1367, 1378 (2010); *Johnson v. Home State Bank*, 501 U.S. 78, 87 (1991).

WHEREFORE, THE TIMBERS HOMEOWNERS ASSOCIATION I, INC. respectfully requests that the Court deny confirmation of the Debtor's Plan and such other and further relief as the court deems just.

Respectfully submitted, this 1st day of May 2020.

ALCOCK LAW GROUP, PC

By */s/ Tammy M. Alcock*
Tammy M. Alcock, #39816
19751 E. Mainstreet, Ste. 225
Parker, CO 80138
(303) 993-5400
tammy@alcocklawgroup.com

## **CERTIFICATE OF SERVICE**

  I do hereby certify that a true and correct copy of the foregoing **OBJECTION TO CONFIRMATION OF PLAN** was forwarded to all parties of interest as listed below or attached hereto by Electronic Mail or First Class Mail, postage prepaid, this 1st day of May 2020, as follows:

John Edward Saffer
15195 East Jefferson Place
Aurora, CO 80014

Daniel T. Birney
1777 S. Bellaire St.
Ste. 419
Denver, CO 80222

Douglas B. Kiel, Chapter 13 Trustee
7100 E. Belleview Ave.
Ste. 300
Greenwood Village, CO 80111
Denver CO 80237

U.S. Trustee
Byron G. Rogers Federal Building
1961 Stout St.
Ste. 12-200
Denver, CO 80294

        ALCOCK LAW GROUP, PC

        By */s/ Tammy M. Alcock*
        Tammy M. Alcock, #39816
        19751 E. Mainstreet, Suite 225
        Parker, Colorado 80138
        (303) 993-5400
        tammy@alcocklawgroup.com